No. 3,636.—STATE EX REL. ROBERT E. O'KEEFE, RELATOR, *v.* VERNON B. BUTLER, COUNTY CLERK, RESPONDENT.

Original application for writ of mandate to respondent as clerk and recorder of Blaine County, Montana.

Decided February 17, 1915.

PER CURIAM.—The relator's petition for a writ of mandate herein is by the court, after due consideration, denied.

*Mr. W. H. Kuhr,* for Relator.

---

No. 3,639.—STATE EX REL. BERT RILEY ET AL., RELATORS, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of supervisory control to the District Court of the Second Judicial District in and for the County of Silver Bow.

Decided February 23, 1915.

PER CURIAM.—Relators' application for writ of supervisory control herein, this day presented is by the court, after due consideration, denied.

*Mr. Peter Breen,* for Relators.